DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD E. TERRY**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2626

[November 21, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 501990CF013336AXXXMB.

Ronald E. Terry, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***